UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

--------------------------------------------------------

In Re:

Sandstone Homes LLC,
Dba Sandstone Homes LLC, dba Sandstone
Development LLC, dba All Star Insulation, fdba DWI
Ride Home LLC, fdba Strong Finish LLC,

                                    ORDER

    Debtor.


Chapter 7, Case No.: 08-41926-RJK
--------------------------------------------------------

This case is before the court pursuant to the motion of Stock Building Supply LLC pursuant to 11 U.S.C. Section 362. The court being fully advised of the premises,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which the movant, its successors or assigns, has an interest, said property legally described as follows,
to-wit:

    Lots 4, 6, and 7, Block 6, Creekview Preserve Plat 1, Sartell, MN 56304, and
    Lot 1 and Lot 5, Block 1, Park Edge Estates, Sartell, MN 56304

The movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.


Dated: _September 25, 2008_____    /e/ Robert J. Kressel_____
                                                                     Robert J. Kressel
                                                                     United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/25/2008
Lori Vosejpka, Clerk, By LMH, Deputy Clerk